U.S. Department of Justice  
Washington, D.C.  
3/25/2024/pg

Criminal Docket

| | |
|---|---|
| __McALLEN__ Division | CR. No. __M-24-459__ |
| **SEALED INDICTMENT**  Filed: April 3, 2024 | Judge: __RANDY CRANE__ |
| County: Hidalgo | |
| Lions #: 2024R01389 | Attorneys: |
| UNITED STATES OF AMERICA | ALAMDAR S. HAMDANI, UNITED STATES ATTORNEY |
| v. | AMANDA McCOLGAN, ASST. U.S. ATTORNEY |
| JUAN HECTOR RESENDEZ-MEZA, III | Ct. 1 |
| --WARRANT-- | |

Charge(s):   Ct. 1:   False statements during a purchase of a firearm.
             Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

Total Counts **(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   Bureau of Alcohol, Tobacco, Firearms, and Explosives – Brenda Leal – 782115-24-0010

Proceedings

Date